**McCracken et al. v. Verisma Systems, Inc., et al.,**                     **Appendix 1**
**Documents Received by Gleason and Associates, P.C.**

## Pleadings:

Second Amended Class Action Complaint and Exhibits
Response To Defendant Verisma Systems, Inc.'s Notice of Supplemental Authority
Answer to Plaintiffs' Second Amended Complaint
Verisma Systems, Inc.'s Answer to Plaintiffs' Second Amended Complaint
Verisma Systems, Inc.'s Answer to University Defendants Cross-Claims
The University Defendants' Response to Verisma's First Set of Interrogatories
The University Defendants' Response to Verisma's Requests for Production

## Depositions:

Donna Barnard - Health Information Management Director, URMC
Annette Fenwick - Controller, Verisma
James C. Moore II, Esq. - Chief Legal Officer, Verisma
Andrew McManus - Senior Vice President, Verisma
Anne Silkey, Application Analyst, URMC Information Services Division
Kelly Featherly - Application Coordinator, URMC IT Department
Kristen Schepisi-Dilg - HIM Release of Information Manager, SMH and Highland

## Documents Received:

| Bates Beginning | Bates Ending |
| --- | --- |
| AMCCRACKEN000004 | AMCCRACKEN000004 |
| SSTILSON000003 | SSTILSON000003 |
| UR000003 | UR000003 |
| UR000004 | UR000010 |
| UR000034 | UR000043 |
| UR000044 | UR000045 |
| UR000081 | UR000094 |
| UR000103 | UR000103 |
| UR000147 | UR000147 |
| UR000290 | UR000291 |
| UR000629 | UR000629 |
| UR001006 | UR001007 |
| UR001185 | UR001219 |
| VERISMA000014 | VERISMA000015 |
| VERISMA000029 | VERISMA000035 |
| VERISMA008687 | VERISMA008687 |
| VERISMA008921 | VERISMA008943 |
| VERISMA008975 | VERISMA008975 |
| VERISMA008995 | VERISMA008995 |
| VERISMA008999 | VERISMA008999 |
| VERISMA026385 | VERISMA026385 |
| VERISMA026386 | VERISMA026386 |
| VERISMA026387 | VERISMA026387 |

**McCracken et al. v. Verisma Systems, Inc., et al.,**                                    **Appendix 1**
**Documents Received by Gleason and Associates, P.C.**

| Bates Beginning | Bates Ending |
| --- | --- |
| VERISMA026388 | VERISMA026388 |
| VERISMA026389 | VERISMA026389 |
| VERISMA026429 | VERISMA026429 |
| VERISMA026451 | VERISMA026451 |
| VERISMA111411 | VERISMA111459 |
| VERISMA111460 | VERISMA111503 |
| VERISMA111504 | VERISMA111555 |
| VERISMA111556 | VERISMA111605 |
| VERISMA111606 | VERISMA111606 |
| VERISMA111607 | VERISMA111607 |
| VERISMA111611 | VERISMA111661 |
| VERISMA116566 | VERISMA116566 |
| VERISMA118314 | VERISMA118314 |
| VERISMA118315 | VERISMA118315 |
| VERISMA118316 | VERISMA118316 |
| VERISMA118317 | VERISMA118317 |
| VERISMA118318 | VERISMA118318 |
| VERISMA118319 | VERISMA118319 |
| VERISMA118320 | VERISMA118320 |
| VERISMA118321 | VERISMA118321 |
| VERISMA118322 | VERISMA118322 |
| VERISMA118323 | VERISMA118323 |
| VERISMA118324 | VERISMA118324 |
| VERISMA118325 | VERISMA118325 |
| VERISMA118326 | VERISMA118326 |
| VERISMA118327 | VERISMA118327 |
| VERISMA118328 | VERISMA118328 |
| VERISMA118329 | VERISMA118329 |
| VERISMA118330 | VERISMA118330 |
| VERISMA118331 | VERISMA118331 |
| VERISMA118332 | VERISMA118332 |
| VERISMA118333 | VERISMA118333 |
| VERISMA118334 | VERISMA118334 |
| VERISMA118335 | VERISMA118335 |
| VERISMA118336 | VERISMA118336 |
| VERISMA118337 | VERISMA118337 |
| VERISMA118338 | VERISMA118338 |
| VERISMA118339 | VERISMA118339 |
| VERISMA118340 | VERISMA118340 |
| VERISMA118341 | VERISMA118341 |
| VERISMA118342 | VERISMA118342 |
| VERISMA118343 | VERISMA118343 |
| VERISMA118344 | VERISMA118344 |
| VERISMA118345 | VERISMA118345 |

**McCracken et al. v. Verisma Systems, Inc., et al.,**                    **Appendix 1**
**Documents Received by Gleason and Associates, P.C.**

| Bates Beginning | Bates Ending |
| --- | --- |
| VERISMA118346 | VERISMA118346 |
| VERISMA118347 | VERISMA118347 |
| VERISMA118348 | VERISMA118348 |
| VERISMA118349 | VERISMA118349 |
| VERISMA118350 | VERISMA118350 |
| VERISMA118958 | VERISMA118958 |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |

**McCracken et al. v. Verisma Systems, Inc., et al.,**      **Appendix 1**
**Documents Received by Gleason and Associates, P.C.**

| Bates Beginning | Bates Ending |
| --- | --- |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |
| | Not Bates Stamped |