# EXHIBIT A

# William G. Krieger, CPA/ABV/CFF/CGMA, CFE, MBA
Curriculum Vitae

---

## Professional and Business History

### Gleason & Associates, P.C. – Managing Director / Shareholder     2006 to Present

Mr. Krieger provides project management and analysis for a full range of accounting and consulting services in the areas of litigation support, business valuation and financial reorganization.

Mr. Krieger leads the firm's litigation and business valuation practice areas and has extensive experience in quantifying financial damages related to breach of contract claims, intellectual property infringement, warranty issues, fraudulent conveyances, shareholder disputes, class action lawsuits and business interruption claims. Mr. Krieger supports counsel in all phases of litigation including assisting with discovery, depositions and damage claims, and providing expert witness testimony in state and federal courts, and before regulatory boards and arbitration panels. Mr. Krieger also performs intangible asset and business valuation services in a variety of industries for purposes including: estate and gift tax, purchase or sale agreements, divorce, shareholder disputes, employee stock awards, financial reporting and business reorganizations.

### University of Pittsburgh Medical Center – Vice President of Finance     1992 - 2005

Mr. Krieger had a wide variety of experience in healthcare operations, with specialized expertise in the administration, operation and financing of hospitals and physician practices. Mr. Krieger had extensive experience in merger, acquisitions, affiliations and turnaround situations including the consolidation and integration of operational, financial and support functions. While Chief Financial Officer of UPMC Behavioral Health and Western Psychiatric Institute and Clinic, Mr. Krieger managed the accounting and financial reporting, business development, revenue cycle, information technology and physician practice functions.

As the Chief Financial Officer of UPMC Community Medicine, Mr. Krieger was responsible for the operational and fiscal affairs of a 400-physician hospital-acquired group practice. He established the accounting, billing and financial reporting infrastructure and developed its corporate compliance function.

### South Hills Health System – Manager of Financial Planning Services     1991 - 1992

Mr. Krieger was responsible for developing financial forecasting and budgeting models to assist in the System's strategic planning efforts. In addition he performed purchase investigations and investment analyses on new programs, joint ventures and potential acquisitions.

### Arthur Anderson & Company – Senior Manager     1983 - 1991

Mr. Krieger served on a wide range of audit engagements and management consulting projects including assisting clients with merger and acquisition due diligence and resolving post closure arbitration disputes.

## Education, Certification and Faculty Appointments

Bachelor of Science in Accounting, The Pennsylvania State University, 1984
Masters in Business Administration, Executive Program, University of Pittsburgh, 1994
Certified Public Accountant, Pennsylvania, 1991
Accredited in Business Valuation by the AICPA, 2007
Certified Fraud Examiner, 2007
Certified in Financial Forensics by the AICPA, 2008
Chartered Global Management Accountant by the AICPA, 2012
Assistant Professor, Health Information Management, University of Pittsburgh, 1995 - 2012

## Professional and Business Affiliations

American / Pennsylvania Institutes of Certified Public Accountants
Turnaround Management Association
Association of Certified Fraud Examiners
Healthcare Financial Management Association
Medical Group Management Association