# EXHIBIT B

**(Subject to Motion to File Under Seal and Submitted Conventionally to the Court)**