# EXHIBIT F1

## (Subject to Motion to File Under Seal and Submitted Conventionally to the Court)