# EXHIBIT F2

## (Subject to Motion to File Under Seal and Submitted Conventionally to the Court)