# EXHIBIT 1

 1  an efficiency aspect to ask them if we think it's
 2  going to generate a very large record, it
 3  will -- you know, by asking them up front this is
 4  going to produce a very large record, is this what
 5  you want, then it does save time and effort
 6  downstream, sure.
 7          Q.   Okay.  So my understanding
 8  is -- correct me if I'm wrong.  I'm just going to
 9  tell you what my understanding is and you tell me
10  if I'm right.
11          A.   Okay.
12          Q.   My understanding is that for all
13  records the invoices are sent before the medical
14  records are sent out, so they're prepaid in
15  advance.
16          However, if a record is large enough, a
17  pre-bill might be sent out before the review team
18  reviews the record in full.  And that pre-bill will
19  be an estimate of the final invoice amount.
20          And the actual charge in the end could be
21  modified up or down a little bit?
22          A.   Correct.
23          Q.   Okay.  So but it is the policy at URMC
24  that invoices are sent out and payment is made
25  before the records go out?

```
 1          A.   Yes.
 2          Q.   Okay.
 3          A.   Yes.
 4          Q.   So once the invoice is created and sent
 5   out, assuming it was paid, what is the next step in
 6   the process?
 7          A.   Repeat that last piece again.
 8          Q.   After the invoice is sent out --
 9          A.   Right.
10          Q.   -- assuming that the person pays for
11   the records --
12          A.   Right.
13          Q.   -- what is the next step in the
14   process?
15          A.   So the next step would then be to
16   distribute that record in whatever form the
17   requester has requested the record.
18               So if they want that record, if they want a
19   paper copy, then we're printing that record and
20   assembling that record.
21          Q.   Let's just go back a second.  Is there
22   a certain -- do you know what the page number is
23   that would trigger the practice of sending an
24   estimated or pre-bill in advance?
25          A.   I don't.
```

```
 1   used to operate the underlying database management
 2   system for Record Jacket?
 3        A.   So it's a proprietary built relational,
 4   you know, SQL based database system.
 5        Q.   But how --
 6        A.   That has a user interface built on top
 7   of it that we built.
 8        Q.   So what kind of -- so there is a user
 9   interface that was designed to operate --
10        A.   Correct.
11        Q.   -- the Record Jacket database
12   management system?
13        A.   Right.
14        Q.   So is there only one application used
15   to operate it or are there multiples?
16        A.   As far as I know, just one.
17        Q.   Do you know what program language it's
18   written in?
19        A.   I don't.
20        Q.   Is there a policy in effect right now
21   to preserve data in the Record Jacket system?
22        A.   Yes.
23        Q.   And what is the policy?
24        A.   So we keep all data related to all
25   activity within -- that comes into our system.
```

```
 1        Q.   How long has that policy been in place?
 2        A.   Since the inception of the system.
 3        Q.   So can information in the database be
 4   deleted?
 5        A.   It's too broad a question.  What do you
 6   mean?  You have to be specific.
 7        Q.   If a user wanted to go in and delete
 8   information in the database, would it permanently
 9   delete that information?
10        A.   I don't know what -- what capability
11   there is to delete information.  It would
12   absolutely not at a general user level, so I don't
13   know.
14             We have fields like, you know, our
15   audit -- the audit trail automatically captures
16   traffic and data and it's permanent in the audit
17   trail, you can't delete that out.
18             We have transaction notes that are -- you
19   know, that the user cannot go in and it's a
20   locked -- you know, once the note goes in they
21   cannot change that note.
22        Q.   You cannot delete transaction notes?
23        A.   You cannot delete transaction notes.
24        Q.   Has the Record Jacket database ever
25   been cloned?
```