UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANN McCRACKEN; JOAN FARRELL;
SARAH STILSON; KEVIN McCLOSKEY;
CHRISTOPHER TRAPATSOS; and
KIMBERLY BAILEY, as individuals
and as representatives of the classes,

                Plaintiffs,

vs.

VERISMA SYSTEMS, INC.;
UNIVERSITY OF ROCHESTER;
STRONG MEMORIAL HOSPITAL; and
HIGHLAND HOSPITAL,

                Defendants.

Case No.: 6:14-cv-06248-MAT-JWF

---

## STIPULATION
## SELECTION OF MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties to this action, that Patrick Solomon, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on a mutually agreeable date and time before the Court-ordered deadline of November 13, 2017.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conferences.

1

/s/ Kathryn Lee Bruns
Stephen G. Schwarz (#2008936)
Kathryn Lee Bruns, (#2874063)
FARACI LANGE LLP
28 E. Main Street, Suite 1100
Rochester, New York 14614
Telephone: (585) 325-5150
Fax: (585) 325-3285
sschwarz@faraci.com
kbruns@faraci.com

/s/ Kai H. Richter
Kai H. Richter
Eleanor Frisch
NICHOLS KASTER, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878
krichter@nka.com
efrisch@nka.com

*Attorneys for Plaintiffs and the Classes*

/s/ Christopher J. Belter
Christopher J. Belter
GOLDBERG SEGALLA
600 Lexington Avenue, Suite 900
New York, New York 10022
Telephone: (646) 292-8700
Fax: (646) 292-8701
cbelter@goldbergsegalla.com
*Attorneys for Defendant*
*Verisma Systems, Inc.*

/s/ Eric J. Ward
Eric J. Ward (#1845569)
WARD GREENBERG HELLER
& REIDY LLP
1800 Bausch & Lomb Place
Rochester, New York 14604
Telephone: (585) 454-0700
Fax: (585) 231-1911
eward@wardgreenberg.com
*Attorneys for Defendants*
*University of Rochester Medical Center,*
*Strong Memorial Hospital and*
*Highland Hospital*