UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ANN McCRACKEN; JOAN FARRELL; SARAH STILSON; KEVIN McCLOSKEY; CHRISTOPHER TRAPATSOS; and KIMBERLY BAILEY, as individuals and as representatives of the classes, | Case No.: 6:14-cv-06248-FPG-MWP |
| Plaintiffs, | |
| vs. | |
| VERISMA SYSTEMS, INC.; UNIVERSITY OF ROCHESTER; STRONG MEMORIAL HOSPITAL; and HIGHLAND HOSPITAL, | |
| Defendants. | |

---

## *(PROPOSED)* **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants, subject to the approval of the Court, that the parties will proceed as follows:

1. Pursuant to the Court's Text Orders (CM/EFC Docket Numbers 213 and 217), Plaintiffs were to file a stipulation or motion to dismiss any claim(s) foreclosed by the decision of the Court of Appeals in *Ortiz v. Ciox Health LLC* and/or amend their complaint on or <u>before February 4, 2022</u>.

2. The parties agree there is no private right of action under the NY PHL Section 18 ("Section 18") and, as such, Plaintiffs' individual and the certified Rule 23 class claims asserting violations of Section 18 must be dismissed.

1

3. The parties agree that they cannot simply stipulate to dismissal of the Section 18 claims because there is a certified Rule 23 class and, as such, the claims' dismissal requires Court approval and potential notice to the class.

4. The parties therefore agree to defer the dismissal of plaintiffs' individual and class Section 18 claim until the parties have addressed the viability of plaintiffs' remaining claims as matter of law pursuant to the briefing schedule set forth in CM/EFC Docket Number 217, unless the parties jointly agree to move for its dismissal at an earlier time.

5. The parties disagree as to whether *Ortiz* forecloses plaintiffs' remaining individual or class claims brought pursuant to NY GBL Section 349 and for unjust enrichment.

6. In light of this stipulation, plaintiffs agree that they are not filing an amended complaint and, instead, individually and on behalf of the class, will proceed with their claims as stated in their Second Amended Complaint (CM/EFC Docket Number 40), with the exception of the Section 18 claim, which will be addressed as discussed in paragraph 4 above, and reserve the right to rely upon the record in this case with respect to any motion practice, further litigation, and trial to the extent such reliance is permissible under the Federal Rules of Civil Procedure.

| FARACI LANGE LLP | GOLDBERG SEGALLA |
|---|---|
| BY: s/ Kathryn Lee Bruns<br>Kathryn Lee Bruns, NY Bar No. 2874063<br>Stephen G. Schwarz, NY Bar No. 2008936<br>28 E. Main Street, Suite 1100<br>Rochester, NY 14614<br>Telephone: (585) 325-5150<br>sschwarz@faraci.com<br>kbruns@faraci.com | By: s/ James Macri<br>James Macri<br>Christopher J. Belter<br>600 Lexington Avenue, Suite 900<br>New York, New York 10022<br>Telephone: (646) 292-8700<br>Fax: (646) 292-8701<br>jmacri@goldbergsegalla.com<br>cbelter@goldbergsegalla.com<br><br>*ATTORNEYS FOR DEFENDANT VERISMA SYSTEMS, INC.* |

| **NICHOLS KASTER, PLLP** | **WARD GREENBERG HELLER & REIDY LLP** |
|---|---|
| BY: s/ Anna P. Prakash<br>Anna P. Prakash, MN Bar No. 0351362<br>4700 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2242<br>Telephone: 612-256-3200<br>aprakash@nka.com<br><br>ATTORNEYS FOR PLAINTIFFS AND THE CLASSES | By: s/ Amanda Burns<br>Amanda Burns<br>Eric J. Ward<br>1800 Bausch & Lomb Place<br>Rochester, New York  14604<br>Telephone:  (585) 454-0700<br>Fax:  (585) 231-1911<br>aburns@wardgreenberg.com<br>eward@wardgreenberg.com<br><br>*ATTORNEYS FOR DEFENDANTS UNIVERSITY OF ROCHESTER MEDICAL CENTER, STRONG MEMORIAL HOSPITAL AND HIGHLAND HOSPITAL* |

**IT IS SO ORDERED.**

Dated: February \_\_\_\_, 2022           _____
                                                                   Hon. Mark W. Pedersen